Samuel H. Ordway, Respondent, v. Timothy A. Leary, as President Justice, etc., Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [130 Misc. 781.]

James T. Eason, Respondent, v. National Metals Company, Inc., and Another, Appellants, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Savier A. Pizzutiello and Another, Respondents, v. Jacob Krimsky, Appellant, Impleaded with Fre-les Construction Co., Inc., and Others, Defendants, and Morris Hochberg and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Lursam Realty Corporation, Appellant, v. Mybert Realty Corporation, Respondent.— Judgment affirmed, with costs, and findings modified as indicated in order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Samuel Sultan, Respondent, v. Julius Corn, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Swift & Company, Inc., Appellant, v. Thomas L. Malone and Another, Individually, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Vito Barattino, Appellant, v. U-Need Ice Co., Inc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell and McAvoy, JJ., dissent.

Eleanor White, Respondent, v. Julius Tishman & Sons, Inc., Appellant.— Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The People of the State of New York, Respondent, v. Abraham Schein, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Giacomo Siccardi, Suing, etc., Respondent, v. Lincoln Heights Realty Co., Inc., and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants Lincoln Heights Realty Co., Inc., Emilia Girardon and Christian Mauroner to answer within twenty days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Giacomo Siccardi, Suing, etc., Respondent, v. Lincoln Heights Realty Co., Inc., and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant Dante Cozzi to answer within twenty days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.